NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3063

ROCCO SANTOMENNO,

Petitioner,

v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Respondent.

Alan J. Baldwin, Broderick, Newmark & Grather, Morristown, New Jersey, for petitioner.

Elizabeth A. Holt, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent.  With her on the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Appealed from:  Arbitrator's Decision

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3063

ROCCO SANTOMENNO,

Petitioner,

v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Respondent.

# Judgment

ON APPEAL from the       ARBITRATOR'S DECISION

In CASE NO(S).

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL, <u>Circuit Judges</u>, and ALSUP*, <u>District Judge</u>).

**<u>AFFIRMED</u>.**  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  <u>October 9, 2008</u>          <u>/ s /  *Jan Horbaly*            </u>
                                      Jan Horbaly, Clerk

*      Honorable William H. Alsup, District Judge, United States District Court for the Northern District of California, sitting by designation.